MOTION GRANTED. The Case Management Conference is hereby reset to February 10, 2022 at 1:00 p.m. via telephone. All parties shall call 1-877-336-1831, and when prompted for the access code, enter 7039387# to participate. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THOMAS E. SANTONI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:20-cv-00975 |
| ) | |
| SARAH ELIZABETH MUELLER AND ) | JURY TRIAL DEMANDED |
| DOES #1-3, INCLUSIVE ) | |
| ) | Judge Eli Richardson |
| Defendants. ) | Magistrate Jeffery S. Frensley |

## JOINT MOTION TO RESET CASE MANAGEMENT CONFERENCE

COMES NOW the Parties, by and through their undersigned counsel and pursuant to the Court's January 19, 2022, Order (ECF No. 90) and state as follows: The Parties respectfully request to reset the case management conference in this matter that is currently set for February 2, 2022, at 9:30 a.m. because both counsel for the Plaintiff and Defendant have scheduling conflicts. Counsel for the Parties have conferred regarding the matter and can both be available the afternoons of February 10, 11, 14, or 18, 2022.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully requests that the Court reset the Case Management Conference that is currently set for February 2, 2022, at 9:30 a.m. to one of the afternoons of February 10, 11, 14, or 18, 2022, or another such date that is convenient for the Court.

This 31st day of January 2022.

Respectfully submitted,

/s/Jonathan M. Wolf

1

Bruce S. Kramer (#7472)
6000 Poplar Ave, Suite 150
Memphis, TN 38119
bkramer@appersoncrump.com
901-271-2710

Jonathan M. Wolf (#35445)
JONATHAN M. WOLF, PLLC
1515 Demonbreun St. Suite #1408
Nashville, TN 37203
Jonathan@wolf.lawyer
615-422-5545

*Counsel for Plaintiff Thomas E. Santoni*


/s/ Mark T. Freeman (w/permission #35445)
Mark T. Freeman,
2126 21st Avenue South
Nashville, Tennessee 37212
Mark@Freemanfuson.com
Phone: 615-298-7272
Fax: 615-298-727

*Counsel for Defendant Sarah Mueller*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded via the District Court E-File system, to the following on January 31, 2022.

Mark T. Freeman,
2126 21st Avenue South
Nashville, Tennessee 37212
Mark@Freemanfuson.com
Phone: 615-298-7272
Fax: 615-298-727

                                                **/s/ Jonathan M. Wolf**
                                                Jonathan M. Wolf, Esq.