# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THOMAS E. SANTONI, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SARAH ELIZABETH MUELLER AND ) <br> DOES #1-3, INCLUSIVE ) <br>     Defendants. ) | Civil Action No. 3:20-cv-00975 <br> Judge Richardson/Frensley |

## ORDER

On March 8, 2022, the Parties filed a joint status report indicating that they had agreed to conduct mediation in this matter on May 5, 2022. Docket No. 100. By **May 16, 2022**, the Parties shall file a status report advising whether the mediation in this matter occurred and if it resolved the case.

**IT IS SO ORDERED.**

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**