# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| THOMAS E. SANTONI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:20-cv-00975 |
| ) | |
| SARAH ELIZABETH MUELLER, ) | JURY TRIAL DEMANDED |
| AND DOES #1-3, INCLUSIVE ) | |
| ) | Judge Eli Richardson |
| Defendants. ) | Magistrate Jeffrey S. Frensley |

## ANSWER OF SARAH ELIZABETH MUELLER

Comes now the Defendant Sarah Elizabeth Mueller ("Defendant"), by and through counsel, and hereby answers Plaintiff's First Amended Verified Complaint (the "Complaint") as follows:

## AFFIRMATIVE DEFENSES

1. Defendant hereby raises the following defenses: lack of subject-matter jurisdiction; lack of personal jurisdiction; improper venue; and failure to state a claim upon which relief can be granted;

2. Defendant reserves the right to seek to amend or supplement her Answer as may be necessary or appropriate after a more complete investigation of the allegations contained in the Complaint.

## ANSWER

1. Admitted.

2. Admitted.

3. Denied on the basis of lack of information and belief.

4. None of the allegations in Paragraph 4 contain factual allegations directed at Defendant; therefore, no response is required.

5. None of the allegations in Paragraph 5 contain factual allegations directed at Defendant; therefore, no response is required.

## JURISDICTION AND VENUE

6. Admitted.

7. Denied.

8. Denied.

9. Denied.

## FACTS

10. Denied on the basis of lack of sufficient information.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Admitted.

24. Denied on the basis of lack of sufficient information.

25. Admitted.

26. Denied.

27. Denied.

28. Denied.

29. Admitted.

30. Denied.

31. Denied.

32. Denied.

33. Denied on the basis of lack of sufficient information.

34. Denied.

35. Denied.

36. Denied.

37. Admitted.

38. Admitted.

39. Denied.

40. Admitted that this statement is indicated Exhibit 1, but denied as to any and all remaining allegations in Paragraph 40.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Admitted that this statement is indicated in Exhibit 3, but denied as to any and all remaining allegations in Paragraph 46.

47. Denied.

48. Denied.

49. Denied.

50. Admitted that the statement is indicated in ECF No. 39-5, but denied as to any and all remaining allegations in Paragraph 50.

51. Denied.

52. Denied.

53. Denied on the basis of lack of information and belief.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied on the basis of lack of information and belief.

59. Admitted that the statement is indicated in Exhibit 1, but denied as to any and all remaining allegations in Paragraph 59.

60. Denied on the basis of lack of information and belief.

61. Denied.

62. Denied on the basis of lack of information and belief.

63. Denied.

64. Denied.

65. Denied on the basis of lack of information and belief.

66. Admitted that the statement is indicated in Exhibit 1 and Exhibit 3, but denied as to any and all remaining allegations in Paragraph 66.

67. Denied.

68. Denied on the basis of lack of information and belief.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

81. Denied.

82. Denied.

83. Denied on the basis of lack of information and belief.

84. Denied.

85. Denied on the basis of lack of information and belief.

86. Denied.

87. Denied.

88. Denied.

89. Admitted that Exhibit 8 indicates Plaintiff received a notification eBay reset Plaintiff's password and secret questions, but denied as to any and all remaining allegations in Paragraph 89.

90. Denied.

91. Denied on the basis of lack of information and belief.

92. Denied.

93. Denied.

94. Admitted that Exhibit 5 indicates Plaintiff sent that email, but denied as to any and all remaining allegations in Paragraph 94.

95. Admitted that Exhibit 5 indicates Plaintiff sent that email, but denied as to any and all remaining allegations in Paragraph 95.

96. Admitted that Exhibit 5 indicates Plaintiff sent that email, but denied as to any and all remaining allegations in Paragraph 96.

97. Denied.

98. Denied.

99. Denied.

100. Denied.

101. Admitted.

102. Denied.

103. Denied.

104. Denied on the basis of lack of information and belief.

105. Denied as written.

106. Denied on the basis of lack of information and belief.

107. Admitted that Monsees declared that she took screenshots of certain tweets, but denied as to any and all remaining allegations in Paragraph 107.

108. Denied.

109. Admitted.

110. Denied as written. Defendant reserves the right to amend until proper citation can be provided.

111. Admitted.

112. Admitted.

113. Admitted.

114. Denied.

115. Admitted that Exhibit 9 indicates that Defendant wrote this email, but denied as to any and all remaining allegations in Paragraph 115.

116. Admitted that Exhibit 9 indicates that Defendant wrote this email, but denied as to any and all remaining allegations in Paragraph 116.

117. Admitted.

118. Admitted.

119. Denied as written.

120. Admitted.

121. Denied on the basis of lack of information and belief.

122. Admitted.

123. Admitted.

124. Admitted.

125. Admitted.

126. Denied.

127. Admitted.

128. Admitted.

129. Denied.

130. Denied.

131. Denied.

132. Denied.

133. Denied.

134. Denied.

135. Admitted that the @Miralaguna8 account was named as a witness in ECF No. 39-5, but denied as to any and all remaining allegations in Paragraph 135.

136. Denied.

137. Denied.

138. Admitted.

139. Denied.

140. Denied.

141. Denied.

142. Denied.

143. None of the allegations in Paragraph 143 contain factual allegations directed at Defendant; therefore, no response is required.

144. None of the allegations in Paragraph 144 contain factual allegations directed at Defendant; therefore, no response is required.

145. Paragraph 145 is a legal conclusion to which no response is required.

146. Denied.

147. Denied.

148. Denied.

149. Denied.

150. Denied.

151. None of the allegations in Paragraph 151 contain factual allegations directed at Defendant; therefore, no response is required.

152. Paragraph 152 is a legal conclusion to which no response is required.

153. Denied.

154. Denied.

155. Denied.

156. Denied.

157. Denied.

158. Denied.

159. Denied.

160. Denied.

161. None of the allegations in Paragraph 161 contain factual allegations directed at Defendant; therefore, no response is required.

162. Paragraph 162 is a legal conclusion to which no response is required.

163. Paragraph 163 is a legal conclusion to which no response is required.

164. Denied.

165. Denied.

166. Denied.

167. Denied.

168. Denied.

169. Denied.

170. Denied.

171. Denied.

172. None of the allegations in Paragraph 172 contain factual allegations directed at Defendant; therefore, no response is required.

173. Paragraph 173 is a legal conclusion to which no response is required.

174. Paragraph 174 is a legal conclusion to which no response is required.

175. Paragraph 175 is a legal conclusion to which no response is required.

176. Denied.

177. Denied.

178. Denied.

179. None of the allegations in Paragraph 179 contain factual allegations directed at Defendant; therefore, no response is required.

180. Denied.

181. Denied.

182. Denied.

183. Denied.

184. Denied.

185. None of the allegations in Paragraph 185 contain factual allegations directed at Defendant; therefore, no response is required.

186. Denied.

187. Denied.

188. Denied.

189. Denied.

190. None of the allegations in Paragraph 190 contain factual allegations directed at Defendant; therefore, no response is required.

191. Denied.

192. Denied.

193. Denied.

194. Denied.

195. Denied.

196. Denied.

197. Denied.

198. Denied.

199. None of the allegations in Paragraph 199 contain factual allegations directed at Defendant; therefore, no response is required.

200. Denied.

201. Denied.

202. Denied.

203. Denied.

204. Denied.

205. Denied.

206. Denied.

207. Denied.

208. Denied.

209. None of the allegations in Paragraph 209 contain factual allegations directed at Defendant; therefore, no response is required.

210. Denied.

211. Denied.

212. Denied.

213. Plaintiff's Prayer for Relief is hereby denied.

214. Defendant hereby requests a trial by jury to be held on all causes of action so triable and contained herein.

215. All allegations not expressly admitted or denied are hereby denied.

**Respectfully submitted,**
**FREEMAN & FUSON**

 **/s/Mark T. Freeman**
**Mark T. Freeman, Esq. (#16098)**
Attorney for Respondent
2126 21st Avenue South
Nashville, Tennessee 37212
Mark@Freemanfuson.com
Phone: 615-298-7272
Fax: 615-298-7274

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded via the Court's e-filing system to the following on August 12, 2022:

Jonathan M. Wolf
1515 Demonbreun St. Suite #1408
Nashvile, TN 37203
Jonathan@wolf.lawyer
615-422-5545

/s/Mark T. Freeman
Mark T. Freeman, Esq.